AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Clerk's Office
Filed Date: 6/25/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 21-CR-298 (KAM) |
| AMEC FOSTER WHEELER ENERGY LIMITED ) | |
| ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 23 June 2021

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

RICHARD W. GRIME
*Printed name of defendant's attorney*

/S/
*Judge's signature*

_____
*Judge's printed name and title*