Clerk's Office
Filed Date: 6/30/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

JN
F.# 2020R00927

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

AMEC FOSTER WHEELER ENERGY LIMITED,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

21-CR-298 (KAM)

Upon the application of JACQUELYN M. KASULIS, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Julia Nestor, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
         ____ June 25_____, 2021

/s/ Kiyo A. Matsumoto
HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK