

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JN
F. #2020R00927

*Select Street Address*
*Select City & State*

June 25, 2021

<u>By E-mail</u>

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   <u>United States v. Amec Foster Wheeler Energy Limited,
               Criminal Docket No. 21-CR-00298 (KAM)</u>

Dear Judge Matsumoto:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

      In its June 4, 2021 letter (the "Letter"), the government sought to have the docket for this case sealed until the time of the hearing on June 25, 2021. In the Letter, the government also sought that the Court not publicly announce the identity of the defendant on the public court calendar. Because an information has now been filed and the defendant has entered into a Deferred Prosecution Agreement with the government, sealing is no longer necessary. As a result, the government seeks to unseal the above-captioned matter in its entirety and attaches a proposed order hereto.

                                Respectfully submitted,

                                  JACQUELYN M. KASULIS
                                Acting United States Attorney

                By:       /s/
                         Julia Nestor
                         Assistant U.S. Attorney
                         (718) 254-6297

Enclosure

cc:    Clerk of Court (by Email)
        Richard Grime, Esq. (by Email)